In the Matter of Proving the Will of CHESTER MOORE, Deceased.

CAROLINE D. MOORE, Respondent; LULU L. BERGTOLD et al., Appellants.

*Matter of Moore*, 109 App. Div. 762, affirmed.
(Argued January 31, 1907; decided February 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 6, 1905, which reversed a decree of the Erie County Surrogate's Court admitting to probate a paper propounded as the will of Chester Moore, deceased, and granted a new trial.

*Simon Fleischmann* and *William R. Pooley* for appellants.

*Edward R. Bosley* and *Norris Morey* for respondent.

Order affirmed and judgment absolute ordered against appellants rejecting the will on the stipulation, with costs in all courts, on opinion of SPRING, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.